AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| STANLEY HUMPHREYS, <br> _____ <br> *Plaintiff(s)* <br><br> v. <br><br> VINTAGE IRONWORKS, L.L.C., <br> and WILLIAM WALTERS III, <br> _____ <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br> Civil Action No.   6:26-CV-00853 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

**VINTAGE IRONWORKS, L.L.C.**
**\*\*REGISTERED AGENT\*\***
**WILLIAM J. WALTERS III**
**671 NEWBURYPORT AVE**
**ALTAMONTE SPRINGS, FL 32701**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**MACDONALD LAW, PLLC**
**C/O KYLE T. MACDONALD, ESQ.**
**420 SW 7TH STREET, SUITE 1118**
**MIAMI, FL 33130**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Lourdes Del Rio

Date:   April 20, 2026
_____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

|  | ) |  |
| --- | --- | --- |
|  | ) |  |
|  | ) |  |
| STANLEY HUMPHREYS, | ) |  |
| _____ | ) |  |
| *Plaintiff(s)* | ) |  |
| v. | ) | Civil Action No.  6:26-CV-00853 |
|  | ) |  |
| VINTAGE IRONWORKS, L.L.C., | ) |  |
| and WILLIAM WALTERS III, | ) |  |
| _____ | ) |  |
| *Defendant(s)* | ) |  |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

> **WILLIAM WALTERS III**
> **671 NEWBURYPORT AVE**
> **ALTAMONTE SPRINGS, FL 32701**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> **MACDONALD LAW, PLLC**
> **C/O KYLE T. MACDONALD, ESQ.**
> **420 SW 7TH STREET, SUITE 1118**
> **MIAMI, FL 33130**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Lourdes Del Rio

Date:   April 20, 2026
_____

_____
*Signature of Clerk or Deputy Clerk*