## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

STANLEY HUMPHREYS,

      Plaintiff,

                            CASE NO.: 6:26-CV-00853-GAP-RMN

  v.

VINTAGE IRONWORKS, L.L.C.,
and WILLIAM WALTERS III,

      Defendants.

_____/

## NOTICE OF LEAD COUNSEL DESIGNATION

Plaintiff, STANLEY HUMPHREYS ("Plaintiff" and/or "Mr. Humphreys"), by and through his undersigned counsel and pursuant to Local Rule 3.02(a), hereby designates Kyle T. MacDonald, Esq., of MacDonald Law, PLLC, as lead counsel in the above-captioned matter.

Respectfully submitted,

*/s/ Kyle T. MacDonald*
Kyle T. MacDonald, Esq.
Florida Bar No.: 1038749

**MACDONALD LAW, PLLC**
420 SW 7th Street, Suite 1118
Miami, FL 33130
Tel: (786) 500-9675
Email: kyle@macdonaldemploymentlaw.com

1

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing document is being served on April 24, 2026, on all counsel of record on the service list via transmission of Notices of Electronic Filing generated by CM/ECF.

By: */s/ Kyle T. MacDonald*
Kyle T. MacDonald, Esq.
