**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

STANLEY HUMPHREYS,

      Plaintiff,

                        CASE NO.: 6:26-CV-00853-GAP-RMN

    v.

VINTAGE IRONWORKS, L.L.C.,
and WILLIAM WALTERS III,

      Defendants.

_____/

**PLAINTIFF'S NOTICE OF PENDENCY OF OTHER ACTIONS**

In accordance with local Rule 1.07, I certify that the instant action:

_____ IS        related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicted below:

_____

_____

  **X**  IS NOT    related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after appearance of the party.

1

Dated: May 1, 2026

_/s/ Kyle T. MacDonald_
Kyle T. MacDonald, Esq.
Florida Bar No.: 1038749

**MACDONALD LAW, PLLC**
420 SW 7th Street, Suite 1118
Miami, FL 33130
Tel: (786) 500-9675
Email: kyle@macdonaldemploymentlaw.com

2

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing document is being served on May 1, 2026, on all counsel of record on the service list via transmission of Notices of Electronic Filing generated by CM/ECF.

By: */s/ Kyle T. MacDonald*
Kyle T. MacDonald, Esq.

3