**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

STANLEY HUMPHREYS,

      Plaintiff,

                              CASE NO.: 6:26-CV-00853-GAP-RMN

    v.

VINTAGE IRONWORKS, L.L.C.,
and WILLIAM WALTERS III,

      Defendants.

_____/

**<u>PLAINTIFF'S DISCLOSURE STATEMENT (CIVIL) UNDER</u>**
**<u>RULE 7.1, FEDERAL RULES OF CIVIL PROCEDURE,</u>**
**<u>AND LOCAL RULE 3.03</u>**

1. If the filer is a non-governmental corporation, identify any parent corporation and any publicly held corporation holding 10% or more of the filer's shares.

   **Not applicable.**

2. Identify any other entity or natural person — not a party or counsel of record — with an interest the action's outcome might substantially affect.

   **None.**

3. Identify any lawyer — other than counsel of record — who serves or has served in the action as a lawyer for the filer, who is financially interested in the action, or who might appear as a material witness in the action.

   **None.**

1

4. If this is a bankruptcy appeal, identify the debtor, the trustee, and the members of the creditors' committee.

   **Not applicable.**

5. Identify any entity or natural person not already disclosed and likely to actively participate in this action.

   a. **Stanley Humphreys,** *Plaintiff*
      **c/o Kyle T. MacDonald, Esq.**
      **MacDonald Law, PLLC**
      **420 SW 7th Street, Suite 1118**
      **Miami, FL 33130**

   b. **Kyle T. MacDonald, Esq.,** *Plaintiff's Counsel*
      **MacDonald Law, PLLC**
      **420 SW 7th Street, Suite 1118**
      **Miami, FL 33130**

   c. **Vintage Ironworks, L.L.C.,** *Defendant*
      **671 Newburyport Ave.**
      **Altamonte Springs, FL 32701**

   d. **William Walters III,** *Defendant*
      **671 Newburyport Ave.**
      **Altamonte Springs, FL 32701**

6. Identify any conflict of interest affecting the district judge or the magistrate judge in this action.

   **None known.**

2

7. If a pleading or notice of removal asserts diversity jurisdiction under 28 U.S.C. § 1332(a) or supplemental jurisdiction under 28 U.S.C. § 1367(a), state the filer's citizenship.

   **Not applicable.**

8. If this is a class action under 28 U.S.C. § 1332(d), state the filer's citizenship. If the filer is an unincorporated association, identify the association's principal place of business and the state under whose laws the association is organized.

   **Not applicable.**

## CERTIFICATE

The filer certifies that the disclosures in this statement are complete and accurate to the best of the filer's knowledge, information, and belief. The filer agrees to revise and supplement the disclosures throughout the pendency of the action to ensure continuing completeness and accuracy.

Respectfully submitted,

*/s/ Kyle T. MacDonald*
Kyle T. MacDonald, Esq.
Florida Bar No.: 1038749

**MACDONALD LAW, PLLC**
420 SW 7th Street, Suite 1118
Miami, FL 33130
Tel: (786) 500-9675
Email: kyle@macdonaldemploymentlaw.com

3

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing

document is being served on May 1, 2026, on all counsel of record on the service

list via transmission of Notices of Electronic Filing generated by CM/ECF.

By: */s/ Kyle T. MacDonald*
Kyle T. MacDonald, Esq.