## <u>RETURN OF SERVICE</u>

UNITED STATES DISTRICT COURT
District of Florida

Case Number: 6:26-CV-00853

Plaintiff:
**STANLEY HUMPHREYS**

vs.

Defendant:
**VINTAGE IRONWORKS, LLC AND WILLIAM WALTERS III**



DLE2026030671

For:
Kyle Macdonald
MacDonald Law, PLLC
420 SW 7th Street
Suite 1118
Miami, FL 33130

Received by DLE Process Servers, Inc. on the 27th day of April, 2026 at 4:09 pm to be served on **Vintage Ironworks, LLC c/o RA: William J. Walters III, 671 Newburtport Ave, Altamonte Springs, FL 32701**.

I, Ketsy Camacho Padilla, do hereby affirm that on the **1st day of May, 2026** at **2:03 pm, I:**

served a **Limited Liability Company** by delivering a true copy of **Summons In A Civil Action, Complaint and Demand for Jury Trial, Exhibits, Civil Cover Sheet.** with date, hour and initials of process server endorsed thereon by me, to: **William J. Walters III** as **Registered Agent** for **Vintage Ironworks, LLC**, at the address of: **671 Newburtport Ave, Altamonte Springs, FL 32701**, and informed said person of the contents therein, in compliance with F.S. 48.062.

**Additional Information pertaining to this Service:**
5/1/2026  2:03 pm  Served to Mr. William J. Walters III as Registered Agent.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under penalties of perjury. I declare that I have read the foregoing Verified Return of Service and that the facts state are true F.S. 92.525. NOTARY NOT REQUIRED PURSUANT TO F.S. 92.525

**Ketsy Camacho Padilla**
Process Server CPS# 18-0067

**DLE Process Servers, Inc.**
**936 Sw 1st Avenue**
**#261**
**Miami, FL 33130**
**(786) 220-9705**

Our Job Serial Number: DLE-2026030671

Copyright © 1992-2026 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a

| DELIVERED | 5/1/2026 2:03 PM |
| SERVER | KCP |
| LICENSE | Process Server CPS# 18-0067 |

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

|  |  |  |
|---|---|---|
| STANLEY HUMPHREYS, | ) ) ) ) ) ) | |
| *Plaintiff(s)* | ) ) | |
| v. | ) ) ) | Civil Action No.  6:26-CV-00853 |
| VINTAGE IRONWORKS, L.L.C., and WILLIAM WALTERS III, | ) ) ) ) ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

> **VINTAGE IRONWORKS, L.L.C.**
> **\*\*REGISTERED AGENT\*\***
> **WILLIAM J. WALTERS III**
> **671 NEWBURYPORT AVE**
> **ALTAMONTE SPRINGS, FL 32701**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> **MACDONALD LAW, PLLC**
> **C/O KYLE T. MACDONALD, ESQ.**
> **420 SW 7TH STREET, SUITE 1118**
> **MIAMI, FL 33130**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Lourdes Del Rio

Date:  April 20, 2026

_____
*Signature of Clerk or Deputy Clerk*