# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
### District of Florida

Case Number: 6:26-CV-00853

Plaintiff:
**STANLEY HUMPHREYS**

vs.

Defendant:
**VINTAGE IRONWORKS, LLC AND WILLIAM WALTERS III**



DLE2026030673

For:
Kyle Macdonald
MacDonald Law, PLLC
420 SW 7th Street
Suite 1118
Miami, FL 33130

Received by DLE Process Servers, Inc. on the 27th day of April, 2026 at 4:12 pm to be served on **William Walters III, 671 Newburtport Ave, Altamonte Springs, FL 32701**.

I, Ketsy Camacho Padilla, do hereby affirm that on the **1st day of May, 2026** at **2:03 pm, I**:

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **Summons In A Civil Action, Complaint and Demand for Jury Trial, Exhibits, Civil Cover Sheet.** with the date and hour of service endorsed thereon by me, to: **William Walters III** at the address of: **671 Newburtport Ave, Altamonte Springs, FL 32701**, and informed said person of the contents therein, in compliance with state statutes.

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of America.

**Marital Status:** Based upon inquiry of party served, Defendant is not married.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under penalties of perjury. I declare that I have read the foregoing Verified Return of Service and that the facts state are true F.S. 92.525. NOTARY NOT REQUIRED PURSUANT TO F.S. 92.525

**Ketsy Camacho Padilla**
Process Server CPS# 18-0067

**DLE Process Servers, Inc.**
**936 Sw 1st Avenue**
**#261**
**Miami, FL 33130**
**(786) 220-9705**

Our Job Serial Number: DLE-2026030673

Copyright © 1992-2026 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a

DELIVERED   5/1/2026 2:03 PM
SERVER      KCP
LICENSE     Process Server CPS#
            18-0067

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

|  |  |
|---|---|
| STANLEY HUMPHREYS,<br><br>*Plaintiff(s)*<br><br>v.<br><br>VINTAGE IRONWORKS, L.L.C.,<br>and WILLIAM WALTERS III,<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No.  6:26-CV-00853

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

**WILLIAM WALTERS III**
**671 NEWBURYPORT AVE**
**ALTAMONTE SPRINGS, FL 32701**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**MACDONALD LAW, PLLC**
**C/O KYLE T. MACDONALD, ESQ.**
**420 SW 7TH STREET, SUITE 1118**
**MIAMI, FL 33130**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Lourdes Del Rio

Date:   April 20, 2026

_____
*Signature of Clerk or Deputy Clerk*