**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

STANLEY HUMPHREYS,

       Plaintiff,

                            CASE NO.: 6:26-CV-00853-GAP-RMN

     v.

VINTAGE IRONWORKS, L.L.C. and
WILLIAM WALTERS III,

       Defendants.

_____/

## JOINT MOTION TO CONDUCT SETTLEMENT CONFERENCE VIA VIDEOCONFERENCE

Plaintiff, STANLEY HUMPHREYS, and Defendants, VINTAGE IRONWORKS, L.L.C. and WILLIAM WALTERS III, by and through their respective undersigned counsel, jointly move this Court for leave to conduct the settlement conference required by the Court's FLSA Scheduling Order [D.E. 15] via videoconference, and in support state as follows:

1.     On May 20, 2026, the Court entered an FLSA Scheduling Order requiring that "counsel for Plaintiff and Defendant shall meet and confer in person in a good faith effort to settle all pending issues, including attorneys' fees and costs" by July 29, 2026. [D.E. 15].

2.     The Court's Scheduling Order contemplates that "the parties, including a representative of each corporate party with full settlement

authority, shall be available by telephone during the conference to consider and approve any settlement negotiated by counsel." [D.E. 15].

3.      In light of the foregoing, the parties respectfully request leave to conduct the settlement conference via videoconference in an effort to promote a more efficient use of the parties' time and resources. The Scheduling Order contemplates that the parties and their corporate representatives may participate by telephone, and videoconference would provide a more effective means of remote participation than telephone alone.

4.      Moreover, Plaintiff's counsel is located in Miami, Florida, and Defendants' counsel is located in Orlando, Florida and New York, New York, respectively. Conducting the settlement conference via videoconferencing technology would eliminate the time and expense associated with traveling from three separate locations and allow the parties to direct those resources towards meaningful settlement negotiations.

5.      Courts in this District have recognized that remote proceedings are appropriate where counsel are geographically dispersed. *See Dunn-Fischer v. Dist. Sch. Bd. of Collier Cnty.*, No. 2:10-cv-512-FtM-29SPC, 2010 U.S. Dist. LEXIS 98253, at *2 (M.D. Fla. Sept. 7, 2010); A*rthrex Inc. v. Parcus Med., LLC*, No. 2:11-cv-694-FtM-29SPC, 2012 U.S. Dist. LEXIS 36298, at *1–2 (M.D. Fla. Mar. 20, 2012).

2

6.      The parties jointly agree that the settlement conference can be conducted effectively via videoconference and that doing so would promote a more efficient use of the parties' efforts towards resolving the case.

7.      The parties confirm that counsel will attend the videoconference with full settlement authority and that a corporate representative for the Defendants will be available by video, consistent with the Court's Scheduling Order.

8.      This request is made in good faith by all parties, and conducting the settlement conference via videoconference is consistent with the principles of Federal Rule of Civil Procedure 1.

**WHEREFORE,** the parties jointly request that this Court grant this Motion and permit the settlement conference required by the Court's FLSA Scheduling Order [D.E. 15] to be conducted via videoconference.

Respectfully submitted,

| | |
|---|---|
| **MACDONALD LAW, PLLC** | **BAKER & HOSTETLER LLP** |
| 420 SW 7th Street | 200 South Orange Avenue |
| Suite 1118 | Suite 2300 |
| Miami, FL 33130 | Orlando, FL 32801 |
| Telephone: (786) 500-9675 | Telephone: (407) 649-4000 |
| | |
| By: */s/ Kyle T. MacDonald* | By: */s/ Chelsea J. Getz* |
| Kyle T. MacDonald | Chelsea J. Getz |
| Florida Bar No. 1038749 | Florida Bar No. 1060200 |
| kyle@macdonaldemploymentlaw.com | cgetz@bakerlaw.com |
| | |
| *Counsel for Plaintiff* | *Counsel for Defendants* |

3

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that on July 21, 2026, a true and correct copy of the foregoing document is being served on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

By: *<u>/s/ Kyle T. MacDonald</u>*
Kyle T. MacDonald, Esq.