**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**STANLEY HUMPHREYS,**

**Plaintiff,**

**v.** **Case No. 6:26-CV-00853-GAP-RMN**

**VINTAGE IRONWORKS, L.L.C. AND WILLIAM WALTERS III,**

**Defendants.**
**____________________________________/**

**JOINT REPORT REGARDING SETTLEMENT**

Pursuant to this Court's FLSA Scheduling Order entered on May 20, 2026 (ECF No. 15), Plaintiff STANLEY HUMPHREYS (the "Plaintiff") and Defendants VINTAGE IRONWORKS, L.L.C. and WILLIAM WALTERS III (the "Defendants") (collectively the "Parties"), by and through their undersigned counsel, hereby submit this Joint Report Regarding Settlement and notify the Court as follows:

1. On July 29, 2026, counsel for the Parties met and conferred in a good-faith effort to settle the pending issues in this matter. The parties have not settled the case, but wish to continue settlement discussions for a period of 30 days from the date of the submission of this Joint Report.

2. At this time, the Parties do not wish to engage in a formal mediation conference before a mediator and do not wish to request a settlement conference before the United States Magistrate Judge.

Dated: August 18, 2026.

Respectfully submitted,

*/s/ Kyle T. MacDonald*
Kyle T. MacDonald, Esq.
Florida Bar No.: 1038749
**MACDONALD LAW, PLLC**
420 SW 7th Street, Suite 1118
Miami, FL 33130
Tel: (786) 500-9675
Email:
kyle@macdonaldemploymentlaw.com

*/s/ Chelsea J. Getz*
Chelsea J. Getz, Esq.
Florida Bar No.: 1060200
Email: cgetz@bakerlaw.com
Secondary email:
lshahsailes@bakerlaw.com
orlbakerdocket@bakerlaw.com
**BAKER & HOSTETLER LLP**
200 South Orange Avenue, Suite 2300
Orlando, FL 32801
Telephone: (407) 640-4000
Facsimile: (407) 841-0168

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 18, 2026, a true and correct copy of the foregoing has been electronically filed with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/Chelsea J. Getz*
Chelsea J. Getz, Esq.