# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

STANLEY HUMPHREYS,

Plaintiff,

v. Case No.: 6:26-cv-00853-GAP-RMN

VINTAGE IRONWORKS, L.L.C.,
WILLIAM WALTERS, III,

Defendants,

---

## ORDER

The case is before the Court on the Joint Report Regarding Settlement (Doc. 20) filed on August 18, 2026. The parties shall continue settlement negotiations for a period of 30 days. If the case has not settled by September 21, 2026, the parties shall file their Joint Case Management Report using the attached form by **September 30, 2026**.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on August 19, 2026.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Unrepresented Party