**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

STANLEY HUMPHREYS,

Plaintiff,

CASE NO.: 6:26-CV-00853-GAP-RMN

v.

VINTAGE IRONWORKS, L.L.C.,
and WILLIAM WALTERS III,

Defendants.
_______________________________________/

**NOTICE OF SELECTION OF MEDIATOR AND SCHEDULING OF MEDIATION CONFERENCE**

Plaintiff, STANLEY HUMPHREYS ("Plaintiff"), by and through his undersigned counsel, hereby notifies the Court that the parties have selected Carlos Burruezo, Esq. as mediator in the above-captioned matter. Mediation is scheduled for January 25, 2027, at 10:00 a.m. via videoconference.

Respectfully submitted,

*/s/ Kyle T. MacDonald*

Kyle T. MacDonald, Esq.
Florida Bar No.: 1038749

**MACDONALD LAW, PLLC**
420 SW 7th Street, Suite 1118
Miami, FL 33130
Tel: (786) 500-9675
Email: kyle@macdonaldemploymentlaw.com

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing document is being served on October 23, 2026, on all counsel of record on the service list via transmission of Notices of Electronic Filing generated by CM/ECF.

By: *_/s/ Kyle T. MacDonald_*
Kyle T. MacDonald, Esq.