UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

STANLEY HUMPHREYS,

Plaintiff,

v. Case No.: 6:26-cv-00853-GAP-RMN

VINTAGE IRONWORKS, L.L.C.,
WILLIAM WALTERS, III,

Defendants,
_______________________________/

## ORDER APPOINTING A MEDIATOR

Pursuant to the Order of this Court referring this case to mediation, and in accordance with the rules governing mediation set forth in Local Rule 4.02.

**IT IS ORDERED THAT:**

The following individual is appointed to serve as mediator in this action with the mediation to be completed by October 15, 2027.[1]

| | |
|---|---|
| **Name:** | **Carlos Burruezo** |
| **Firm's Name and Address:** | **5134 Marina Way**<br>**Tampa, FL 3311** |
| **Telephone Number:** | **407-754-2904** |
| **Email:** | **carlos@burruezolaw.com** |

**DONE** and **ORDERED** in Chambers, Orlando, Florida on October 26, 2026.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

[1] Mediation is currently scheduled for January 25, 2027.

Copies furnished to:

Counsel of Record
Unrepresented Party